IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ALEXANDER REILLY, | § | |
| *Petitioner,* | § § § | SA-19-CV-00203-DAE |
| vs. | § § | SA-17-CR-128-DAE |
| UNITED STATES OF AMERICA, | § § § | |
| *Respondent.* | § § | |

## ORDER CONTINUING HEARING

Before the Court in the above-styled cause of action is the Motion for Continuance of 28 U.S.C. § 2255 Motion to Vacate Sentence Hearing [#90] filed by Petitioner's newly appointed counsel. By his motion, Petitioner's counsel asks the Court to continue the February 12, 2020 hearing for a period of two months. The motion is unopposed. The Court will grant the requested continuance. The Court reminds Petitioner's counsel that the only matter referred to the undersigned and set for a hearing is Petitioner's claim that his previous attorney Adam Crawshaw rendered ineffective assistance of counsel for failing to consult with him about filing an appeal [#85]. Accordingly,

**IT IS HEREBY ORDERED** that the Motion for Continuance of 28 U.S.C. § 2255 Motion to Vacate Sentence Hearing [#90] is **GRANTED**.

**IT IS FURTHER ORDERED** that the hearing scheduled for February 12, 2020 at 10:00 a.m. is **CANCELED**.

**IT IS FURTHER ORDERED** that Christopher Alexander Reilly's *pro se* Motion to Vacate, Set Aside, or Correct Sentence [#67] is set for hearing at **10:00 a.m**. on **April 8, 2020** in Courtroom B on the 4th Floor of the John H. Wood, Jr. United States Courthouse, 655 E. Cesar

1

Chavez Boulevard, San Antonio, Texas, 78206. Petitioner is currently at Bastrop FCI but shall be brought to the San Antonio area by the United States Marshals Service no later than **April 1, 2020**.

**IT IS FINALLY ORDERED** that the Clerk of Court shall provide a copy of this Order to Petitioner, Mr. Gordon, the United States Marshals Service, and the Assistant United States Attorney.

SIGNED this 31st day of January, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE