IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ALEXANDER REILLY, | § § | |
| *Petitioner,* | § § | SA-19-CV-00203-DAE |
| vs. | § § | SA-17-CR-128-DAE |
| UNITED STATES OF AMERICA, | § § § | |
| *Respondent.* | § § | |

## ORDER CONTINUING HEARING

Before the Court is the above-styled cause of action, which is set for an evidentiary hearing at 10:00 a.m. on April 8, 2020. Due to concerns over the spread of COVID-19, the Court will continue this hearing until a later date.

**IT IS THEREFORE ORDERED** that the evidentiary hearing set for 10:00 a.m. on April 8, 2020 is **CANCELED**.

**IT IS FURTHER ORDERED** that Christopher Alexander Reilly's *pro se* Motion to Vacate, Set Aside, or Correct Sentence [#67] is set for hearing at **10:00 a.m**. on **May 12, 2020** in Courtroom B on the 4th Floor of the John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206. Petitioner is currently at Bastrop FCI but shall be brought to the San Antonio area by the United States Marshals Service no later than **May 5, 2020**.

**IT IS FINALLY ORDERED** that the Clerk of Court shall provide a copy of this Order to Petitioner, Mr. Gordon, the United States Marshals Service, and the Assistant United States Attorney.

1

**IT IS SO ORDERED.**

SIGNED this 13th day of March, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE