IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ALEXANDER REILLY, | § § | |
| *Petitioner,* | § § | SA-19-CV-00203-DAE |
| | § § | SA-17-CR-128-DAE |
| vs. | § § | |
| UNITED STATES OF AMERICA, | § § | |
| *Respondent.* | § § | |

## ORDER CONTINUING HEARING

Before the Court is the above-styled cause of action, which is set for an evidentiary hearing at 10:00 a.m. on May 12, 2020. The Court held a telephonic status conference with counsel on May 1, 2020, at which both parties agreed to continue the hearing for approximately 60 days so that it could be held live rather than via telephonically or by videoconference.

**IT IS THEREFORE ORDERED** that the evidentiary hearing set for 10:00 a.m. on May 12, 2020 is **CANCELED**.

**IT IS FURTHER ORDERED** that Christopher Alexander Reilly's *pro se* Motion to Vacate, Set Aside, or Correct Sentence [#67] is set for hearing at **1:30 p.m**. on **July 29, 2020** in Courtroom B on the 4th Floor of the John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206. Petitioner is currently at Bastrop FCI but shall be brought to the San Antonio area by the United States Marshals Service no later than **July 22, 2020**.

**IT IS FINALLY ORDERED** that the Clerk of Court shall provide a copy of this Order to Petitioner, Mr. Gordon, the United States Marshals Service, and the Assistant United States Attorney.

1

**IT IS SO ORDERED.**

SIGNED this 4th day of May, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

2