IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

CHRISTOPHER ALEXANDER REILLY, §
§
*Petitioner,* §                    SA-19-CV-00203-DAE
§                    SA-17-CR-128-DAE
vs. §
§
UNITED STATES OF AMERICA, §
§
*Respondent.* §

## ORDER CONTINUING HEARING

Before the Court in the above-styled cause of action is the Motion for Continuance of 28 U.S.C. § 2255 Motion to Vacate Sentence Hearing [#90], which is currently set for a live evidentiary hearing on July 29, 2020.  In light of the continued restrictions imposed on this Court due to the COVID-19 pandemic, the Court will continue the hearing until September 2020, in hopes that the hearing will be able to proceed live rather than telephonically or by videoconference.

**IT IS THEREFORE ORDERED** that the hearing scheduled for July 29, 2020 is **CANCELED**.

**IT IS FURTHER ORDERED** that Christopher Alexander Reilly's *pro se* Motion to Vacate, Set Aside, or Correct Sentence [#67] is set for hearing at **10:00 a.m**. on **September 16, 2020** in Courtroom B on the 4th Floor of the John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206.  Petitioner is currently at Bastrop FCI but shall be brought to the San Antonio area by the United States Marshals Service no later than **September 9, 2020**.

1

**IT IS FINALLY ORDERED** that the Clerk of Court shall provide a copy of this Order to Petitioner, Petitioner's attorney Stephen H. Gordon, the United States Marshals Service, and the Assistant United States Attorney.

SIGNED this 2nd day of July, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE